**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**David Ray CALLOWAY, a/k/a Tony Montana, Defendant—Appellant.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Dana Sander, Defendant—Appellant.**

**Nos. 03–4900, 03–4906.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 11, 2005.

Decided: March 8, 2005.

Thomas N. Cochran, Assistant Federal Public Defender, Greensboro, North Carolina; H. Dean Steward, San Clemente, California, for Appellants.

Anna Mills Wagoner, United States Attorney, Paul A. Weinman, Assistant United States Attorney, Winston–Salem, North Carolina, for Appellee.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Vacated and remanded by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

*ON REHEARING*

*UNPUBLISHED*

PER CURIAM:

Appellants petition this court for rehearing of their earlier appeals. In light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, —— L.Ed.2d —— (2005), and *United States v. Hughes*, 396 F.3d 374, 2005 WL 147059 (4th Cir. Jan.24, 2005), we grant the petition for rehearing.

We find that the district court plainly erred in imposing sentences that exceeded the maximum allowed based on facts established by Appellants' guilty pleas. We therefore vacate their sentences and remand these cases for proceedings consistent with *Hughes.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

### *VACATED AND REMANDED*